# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: Yellow Poplar Lumber Company, Inc.<br>DEBTOR(S) | CASE NO. 17-70882<br>CHAPTER 7 |
| Robert T. Copeland<br><br>APPELLANT(S)<br><br>v.<br><br>John M. Lamie<br><br>APPELLEE(S) | |

## NOTICE OF FILING APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8001, *et seq.*, a Notice of Appeal was filed in the above-styled matter on 7/26/2019.

Your attention is directed to the Federal Rules of Bankruptcy Procedure and the Local Rules of Court.

Dated: July 29, 2019

JAMES W. REYNOLDS
CLERK OF COURT

BY: /s/Laurrie Morris
　　　　Deputy Clerk

Copies to:　　Attorney for Appellant
　　　　　　　Attorney for Appellee
　　　　　　　U. S. Trustee, if applicable
　　　　　　　Case Trustee
　　　　　　　Bankruptcy Judge
　　　　　　　Law Clerk