IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:

                                                                                          **Chapter 7**

**YELLOW POPLAR LUMBER**              **Case No. 17-70882**
**COMPANY, INC.**
        Debtor

**NOTICE OF APPEAL TO THE
UNITED STATES DISTRICT COURT**

      Robert T. Copeland and Copeland Law Firm, P.C. appeal to the United States District Court for the Western District of Virginia from the Order entered on July 15, 2019 [Docket Entry No. 101] by the Honorable Paul M. Black, Judge, United States Bankruptcy Court for the Western District of Virginia.

      The Parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Robert T. Copeland, Esq., Appellant
COPELAND LAW FIRM, P.C, Appellant

Robert T. Copeland, Esq.,
COPELAND LAW FIRM, P.C.
212 Valley Street, NW
P.O. Box 1296
Abingdon, VA 24212
(276) 628-9525
Counsel for Appellants

**John M. Lamie, Esq., Trustee, Appellee**
BROWNING, LAMIE & GIFFORD, P.C.
P.O. Box 519
Abingdon, VA 24212

1

(276) 628-6165
Counsel for Appellees

        Robert T. Copeland, Esq.,
        COPELAND LAW FIRM, P.C
        **By Counsel**

/s/ Robert T. Copeland
Robert T. Copeland, VSB #14575
**COPELAND LAW FIRM, P.C.**
P.O. Box 1296
Abingdon, VA 24212-1304
(276) 628-9525
Counsel for Appellant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Notice of Appeal was this date uploaded and filed with the United States Bankruptcy Court via the Court's ECF system, and true copies of the same were mailed via first class mail, postage prepaid, to John M. Lamie, Esq. and to the United States Trustee.

      Date: <u>July 26, 2019</u>

                                                     /s/Robert T. Copeland
                                                     Robert T. Copeland